IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00968-KLM

THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation doing business as Sherwin-Williams Automotive Finishes,

    Plaintiff,

v.

IDEAL AUTO BODY INC., a Colorado corporation doing business as Ideal Carstar, and SHEILA SAMUEL, individually,

    Defendants.

---

### MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Protective Order** [#23] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#23-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 14, 2015