IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00968-KLM

THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation doing business as Sherwin-Williams Automotive Finishes,

    Plaintiff,

v.

IDEAL AUTO BODY INC., a Colorado corporation doing business as Ideal Carstar, and SHEILA SAMUEL, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend the Scheduling Order** [#31] (the "Motion"). The parties seek a 90-day extension of all remaining deadlines in this matter in light of a planned February 25, 2016 "settlement discussion" which the parties are "optimistic" will lead to the settlement of this matter. However, given that the Final Pretrial Conference and Trial Preparation Conference are set for August 22, 2016, and a Jury Trial is set to begin on September 26, 2016, a 90-day extension of all deadlines will not permit adequate time for briefing and resolution of dispositive motions in the absence of resetting the Conferences and Trial. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED in part**, as follows. The rebuttal expert disclosure deadline is extended to **March 28, 2016**. The discovery cut-off is extended to **May 2, 2016**. The dispositive motions deadline is extended to **June 2, 2016**. In the absence of resetting the Jury Trial in this matter, the Court will not permit further extensions of time of the dispositive motions deadline.

    Dated: February 11, 2016